United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JAKARA GRAYSON,                          No C 04-2838 VRW

12              Plaintiff,
                                                  ORDER
13         v

14   JO ANNE B BARNHART,

15              Defendant

16   _____/

17

18         The parties' cross-motions for summary judgment are

19   currently pending before the court.  After review of the file, it

20   appears to the court that the plaintiff, Jakara Grayson, is a minor

21   child and that no guardian ad litem or next friend has been

22   appointed to sue on plaintiff's behalf.

23         Plaintiff's complaint (Doc # 1), styled as a pro se

24   pleading, was signed by her grandmother, Willie Hamilton, as was her

25   application to proceed in forma pauperis (Doc # 3).  Ms Hamilton

26   appears to have signed all court papers on behalf of plaintiff.

27   Plaintiff later filed a substitution of attorney form indicating

28   that she has retained counsel to represent her.  Doc # 15.

     \\

1    Before ruling on the motions for summary judgment, the

2 court requires the plaintiff's representatives to submit for the

3 court's approval, <u>on or before Friday, July 22, 2005</u>, a proposed

4 order appointing a competent person to sue on plaintiff's behalf.

5

6    IT IS SO ORDERED.

7

8              _____

9            VAUGHN R WALKER
             United States District Chief Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California