E-Filing

1  DONALD H. MEDEARIS, SBN 206849
   TIMOTHY ROSCOE CARTER, SBN 195531
2  Bay Area Legal Aid
   50 Fell Street, 1st Floor
3  San Francisco, CA 94102
   Telephone: (415) 982-1300
4  Fax: (415) 982-4243

5  Attorneys for Plaintiff
   JAKARA M. GRAYSON

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 JAKARA M. GRAYSON,              ) CIVIL NO. 04-02838 VRW
                                   )
12      Plaintiff,                 )
                                   )
13      vs.                        )
                                   )
14 JO ANNE BARNHART, Commissioner of ) (PROPOSED ORDER) APPOINTING
   Social Security,                ) GUARDIAN AD LITEM
15                                 )
        Defendant                  )
16 _____)

17      Jakara Grayson is a minor, born on December 6, 1995. (Court Transcript, p.

18 15). Willie Hamilton stated that she is the grandmother and caretaker of Jakara Grayson. (Doc

19 #3; Court Transcript, p. 17). The Court hereby appoints Willie Hamilton to be Jakara Grayson's

20 guardian ad litem, so that Willie Hamilton may sue on Jakara Grayson's behalf.

22 **So Ordered.**
               26 JUL. 2005
23 Dated: _____        UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER APPOINTING GUARDIAN AD LITEM; CIV #04-02838 VRW